FILED

11/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0218

_____

IN RE THE MARRIAGE OF:

ELAINE HERMAN GIRDLER,

      Petitioner and Appellant,

  and

JEFFREY ALAN GIRDLER,

      Respondent and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2022